DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JACOB RANDOLL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2847
_____

April 10, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Daniel Muller, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.